UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

CORINNE ARAZI, et al.,

                                    Plaintiffs,

              -v -

COHEN BROTHERS REALTY
CORPORATION,

                                    Defendant.

------------------------------------------------------------------ X

1:20-cv-8837-GHW

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2020

GREGORY H. WOODS, United States District Judge:

      Defendant's December 18, 2020 request for a pre-motion conference, Dkt No. 11, is

granted.  The Court will hold a teleconference regarding Defendant's proposed motion to dismiss

on December 23, 2020 at 3 p.m.  The parties are directed to the Court's Emergency Rules in Light

of COVID-19, which are available on the Court's website, for the dial-in number and other relevant

instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's

Emergency Rules.

SO ORDERED.

Dated:  December 19, 2020

_____
      GREGORY H. WOODS
     United States District Judge