```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #: _____
------------------------------------------------------------ X   DATE FILED:  12/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                 :

  CORINNE ARAZI, et al.,                 :

                         Plaintiffs,    :                       1:20-cv-8837-GHW

              -v -                    :                          ORDER

                                                 :

COHEN BROTHERS REALTY           :
CORPORATION.,                       :
                       Defendant.    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the December 23, 2020 teleconference, defendant's

December 18, 2020 request for leave to file a motion to dismiss, Dkt. No.11, is granted.  The

deadline for defendant to file and serve its motion to dismiss is January 23, 2021.  Plaintiffs'

opposition is due within twenty-one days after service of plaintiff's motion; plaintiff's reply, if any, is

due within seven days after service of defendant's opposition.  The deadline for defendant to answer

other otherwise respond to the complaint, Dkt. No. 1, is January 23, 2021.

SO ORDERED.

Dated:  December 23, 2020

                                          _____
                                              GREGORY H. WOODS
                                         United States District Judge