# EXHIBIT 6

VIA FEDEX
Tracking # 7729 7869 7065

February 23, 2021

Corrine Y. Arazi
1930 Broadway Apartment #18F
New York, NY 10023

Re: Recall from Furlough

Dear Ms. Arazi:

    I hope this letter finds you safe and well. I am pleased to notify you that Cohen Brothers Realty Corporation is recalling you from Furlough. We would like you to resume work on Monday, March 8, 2021.

    If you accept this offer of recall, the terms of your employment will be the same as before we furloughed your employment. Your seniority will not be affected by this brief furlough period. Your benefits will be restored without condition. Your previously accrued but unused paid time off and sick leave, if any, will also be available upon your return.

    You must contact me in writing or via email at volmo@cohenbrothers.com no later than March 3, 2021 to confirm your receipt of this notice and to advise us of your intention to return to work. Should you not respond or not report to work on the date indicated above, we will consider your inaction as a refusal of the recall, job abandonment and, accordingly, your employment will be terminated.

    Please know that all employees not on furlough are working in the office. However, we are committed to maintaining a safe and healthy workplace and to enforcing the CDC and local health department recommendations and guidelines.

    Please feel free to contact me if you have any questions. We look forward to working with you again!

Sincerely,
COHEN BROTHERS REALTY CORPORATION

By:   Veronica Olmo
       Director of Human Resources and Payroll Services

Cc: Via Email Corrine.arazi@gmail.com

---

Cohen

COHEN BROTHERS
REALTY CORPORATION

International Plaza
750 Lexington Avenue
New York NY 10022
T. 212.838.1800
F. 212.755.8070