USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :

CORINNE ARAZI, *et al.*,                          :

                                                    Plaintiff,         :           1:20-cv-8837-GHW

                                    -v -                             :           <u>ORDER</u>

COHEN BROTHERS REALTY            :
CORPORATION,

                                    Defendant.    :
                                                                                X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      For the reasons given at the January 19, 2023 conference, (1) Defendant's objection to the subpoenas of text messages from Defendant's executives is OVERRULED, (2) Defendant's objection to providing an unredacted copy of its insurance policy is OVERRULED, (3) Defendant's objection to producing documents concerning its attorneys' fees is SUSTAINED, and (4) Defendant's objections to interrogatories concerning individual and entity names in its counterclaims are OVERRULED. Except for the text messages of the executives, all materials sought by Plaintiffs that they may obtain within the scope of these rulings must be produced no later than January 30, 2023. The parties are directed to meet and confer about the temporal duration of the text message request, and to write the Court no later than January 30, 2023 with a proposed date by which production of those text messages could be completed.

      Further, for reasons provided at the same conference, the parties are directed to meet and confer concerning the TAR process for review of Mr. Cohen's emails. Counsel for Defendant has represented that a search-term breakout of those emails can be made available for the approximately 15,000 documents that were excluded under that search process.

      Finally, Plaintiffs are given leave to file and serve a motion requesting video deposition for

Plaintiffs Arazi and Julia no later than February 3, 2023. Defendant's opposition is due no later than one week following the date of service of Plaintiffs' motion; Plaintiffs' reply, if any, must be filed and served no later than three business days following the filing of Defendant's opposition. If the parties are able to resolve this issue without the need for motion practice, they are directed to write the Court no later than February 3, 2023 informing it of that fact.

    SO ORDERED.

Dated: January 19, 2023

                                                  GREGORY H. WOODS
                                             United States District Judge