```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CORINNE ARAZI, *et al.*,                                       :
                                                               :
                                        Plaintiffs,            :    1:20-cv-8837-GHW
                                                               :
                   -v -                                        :    ORDER
                                                               :
COHEN BROTHERS REALTY                                          :
CORPORATION,                                                   :
                                                               :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the February 2, 2023 conference, the Court adopts Defendant's proposal that the completion of text message discovery pursuant to Plaintiffs' subpoenas be completed no later than April 14, 2023. *See* Dkt. No. 78. The parties are directed to meet and confer and to file a joint letter on the docket, no later than February 9, 2023, (1) outlining how adoption of that deadline impacts the remaining discovery in the case and (2) proposing a schedule for remaining discovery.

SO ORDERED.

Dated: February 2, 2023
       New York, New York
                                                  _____
                                                         GREGORY H. WOODS
                                                       United States District Judge