

**Law Office of Michael Grenert, PLLC**
372 15th St., #2A
Brooklyn, New York 11215-5695
Phone: (917) 553-2050
Fax: (917) 725-8525
Email: mgrenert@grenertlaw.com

**MEMORANDUM ENDORSED**

April 25, 2023

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Arazi, et al. v. Cohen Brothers Realty Corporation; 20-cv-08837 (GHW) (SDA)

Dear Judge Woods:

I represent the Plaintiffs and write to request rescheduling of the pre-motion conference currently set for this Thursday, April 27 at 4 p.m. I was previously scheduled for an all-day mediation in another litigation on that date. This is the first request for an adjournment of this conference. Defendant consents to this request.

Respectfully submitted,

S/ Michael E. Grenert

Michael E. Grenert
Counsel for Plaintiffs

cc: Ivan D. Smith, Esq. (by ECF)

---

Application granted. The conference set for April 27, 2023 at 4:00 p.m. is adjourned to April 28, 2023 at 3:00 p.m. The other instructions provided in the Court's prior order about how to join the confernece, Dkt. No. 88, remain in effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 89.

SO ORDERED.

Dated: April 25, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge