```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
CORINNE ARAZI, *et al.*,                                             :
                                                                     :
                                        Plaintiffs,                  :      1:20-cv-8837-GHW
                                                                     :
                         -v -                                        :      ORDER
                                                                     :
COHEN BROTHERS REALTY                                                :
CORPORATION,                                                         :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

   As discussed at the April 28, 2023 conference, the Court (a) directs counsel for Plaintiffs to provide an updated damages disclosure to counsel for Defendant no later than May 8, 2023,[1] (b) directs that the parties exchange privilege logs no later than May 8, 2023, (c) directs that counsel for Plaintiff provide the relevant psychotherapy authorization to counsel for Defendant no later than May 1, 2023, and (d) directs that counsel for Defendant provide to counsel for Plaintiffs any unemployment insurance authorizations no later than one business day after they are received by counsel for Defendant. In addition, for the reasons stated at the April 28 conference, Defendant's request to compel or obtain employment documents from Plaintiffs' subsequent employers is denied.

   SO ORDERED.

Dated: April 28, 2023
       New York, New York
                                                        _____
                                                              GREGORY H. WOODS
                                                            United States District Judge

---

[1] As stated at the conference, this deadline does not relieve counsel for Plaintiffs of his continuing obligation to update relevant disclosures under Federal Rule of Civil Procedure 26.