```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
CORINNE ARAZI, *et al.*,                          :
:
                 Plaintiffs,   :    1:20-cv-8837-GHW
:
             -v -                        :    <u>ORDER</u>
:
COHEN BROTHERS REALTY             :
CORPORATION,                                       :
:
                Defendant.   :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the May 12, 2023 conference, the parties' deadline to complete fact discovery is hereby extended to June 30, 2023. All other case management deadlines previously set by the Court, *see* Dkt. No. 83, remain in full force and effect.

      SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                             _____
                                                              GREGORY H. WOODS
                                                            United States District Judge